**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

  vs.                                                    CASE NO.8:04-CR-11-T-24EAJ
**RICHARD JOHNSON**
    **Defendant**

**ORDER**

The United States Sentencing Commission has promulgated Amendment 706 lowering the base offense level for cocaine base (crack cocaine) offenses by two levels for eligible defendants sentenced on or after November 1, 2007. The Commission later decided this Amendment should be applied retroactively to defendants sentenced before November 1, 2007. Defendant **Richard Johnson** having been sentenced prior to November 1, 2007, has filed a *pro se*, motion to reduce sentence, alleging his eligibility for the two-level reduction in his base offense level. The motion was filed on April 9, 2008. However, Defendant Johnson is not entitled to a reduction.

Richard Johnson pled guilty to and was sentenced for possession with intent to distribute 50 grams or more of cocaine base in violation of 21 U.S.C.§841(a)(1) & (b)(1)(B)(iii) on August 4, 2004. The offense has a statutory mandatory minimum penalty of 120 months of imprisonment and a statutory maximum of life. Defendant Johnson was sentenced to 120 months of imprisonment. As Defendant Johnson

recognized in his motion, any relief under Amendment 706 does not apply tho those defendants who were sentenced to a mandatory minimum sentence. A two level reduction in the U.S.S.G. base offense level would have no effect on Defendant Johnson's sentence since the Court is required by statute to impose a minimum mandatory sentence of 120 months imprisonment. Accordingly the motion is **DENIED**.

    It is so ORDERED this 9th day of April, 2008.

SUSAN C. BUCKLEW
United States District Judge

Copy: Richard Johnson, pro-se
      FCI Coleman-Medium
      Po Box 1032
      Coleman, Florida 33521-1032

     United States Probation Office